Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
144 W. Colorado Boulevard
Pasadena, California 91105
Telephone: (626) 685-9800
Facsimile: (626) 685-9808

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| ERICK ARONSON, JOSEPH BROWN, TERRI GREULICH, on behalf of the Estate of MILDRED VENERMAN, SARAH HUFF, JUDITH IRVING, DIANA LAMPKIN, FELICIA MARTIN, DAVID MCGRAW, GUADALUPE MEZA, BEVERLY MYERS, TIMOTHY MYERS, MARIA SEMANA, JAMES SKIBBE, and EDWARD SEMANSKI<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA CORPORATION, AND G.D. SEARLE, LLC,<br><br>Defendants. | Case No. C 07-3320 CRB<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES AND THE COURT:

Please be advised of the following new address of counsel for plaintiffs:
Hector Gancedo
Tina B. Nieves
GANCEDO & NIEVES LLP
418 N. Fair Oaks Avenue, Ste. 202
Pasadena, CA 91103

1 | The telephone number and facsimile number remain the same.

3 | DATE: October 4, 2007        GANCEDO & NIEVES LLP

BY:_____\s_____
Hector G. Gancedo
418 N. Fair Oaks Avenue, Ste. 202
Pasadena, CA 91103
(626) 685-9800
(626) 685-9808 facsimile

- 2 -

NOTICE OF CHANGE OF ADDRESS

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: **NOTICE OF CHANGE OF ADDRESS**

I hereby certify that on October 4, 2007, a copy of the foregoing was mailed by United States Postal Service to the following:

Stuart M. Gordon
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Amy Schulman
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

\s\
ROSARIO CASTELLANOS