1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
   418 N. FAIR OAKS AVENUE, SUITE 202
4  Pasadena, California 91103
5  Telephone:  (626) 685-9800
   Facsimile:  (626) 685-9808
6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 _____  )
                                   )  Case Specific Number C 07-3320 CRB
12 IN RE: BEXTRA AND CELEBREX      )
   MARKETING SALES PRACTICES AND   )
13 PRODUCT LIABILITY LITIGATION    )  **MDL NO. 1699**
                                   )  **District Judge:  Charles R. Breyer**
14 _____  )
                                   )
15 ERICK ARONSON, JOSEPH BROWN,    )
   TERRI GREULICH, on behalf of the Estate of )
16 MILDRED VENERMAN, SARAH HUFF,   )
   JUDITH IRVING, DIANA LAMPKIN,   )  **STIPULATION AND ORDER OF**
17 FELICIA MARTIN, DAVID MCGRAW,   )  **DISMISSAL WITH PREJUDICE**
   GUADALUPE MEZA, BEVERLY MYERS,  )
18 TIMOTHY MYERS, MARIA SEMANA,    )
   JAMES SKIBBE, and EDWARD SEMANSKI, )
19                                 )
              Plaintiffs,          )
20                                 )
           vs.                     )
21                                 )
   Pfizer, Inc., et al.            )
22            Defendants.          )
                                   )
23 _____  )

24       Come now the Plaintiff, TERRI GREULICH, on behalf of the Estate of MILDRED

25 VENERMAN and Defendants, by and through the undersigned attorneys, pursuant to Federal

26 Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with

27 prejudice with each side bearing its own attorneys' fees and costs.

28

                                   -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  DATED: May 4, 2009         By: /s/ Hector G. Gancedo
2                                  Hector G. Gancedo

3                              Attorneys for Plaintiff, Terri Greulich

4  DATED: June 2, 2009        By: /s/
5
6                              DLA PIPER LLP (US)
                               1251 Avenue of the Americas
7                              New York, NY 10020
                               Telephone: (212) 335-4500
8                              Facsimile: (212) 335-4501
                               *Defendants' Liaison Counsel*
9

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
Judge Charles R. Breyer

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**