```
 1  Hector G. Gancedo (SB# 132139)
    hgancedo@gancedonieves.com
 2  Tina B. Nieves (SB# 134384)
    tnieves@gancedonieves.com
 3  GANCEDO & NIEVES LLP
    418 N. FAIR OAKS AVENUE, SUITE 202
 4  Pasadena, California 91103
    Telephone: (626) 685-9800
 5  Facsimile: (626) 685-9808
    Attorneys for Plaintiffs
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 07-3320 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ERICK ARONSON, JOSEPH BROWN, TERRI GREULICH, on behalf of the Estate of MILDRED VENERMAN, SARAH HUFF, JUDITH IRVING, DIANA LAMPKIN, FELICIA MARTIN, DAVID MCGRAW, GUADALUPE MEZA, BEVERLY MYERS, TIMOTHY MYERS, MARIA SEMANA, JAMES SKIBBE, and EDWARD SEMANSKI,<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, SARAH HUFF and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009    By: _____
                          Hector G. Gancedo

Attorneys for Plaintiff, Sarah Huff

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: June 2, 2009    By: _____

3
    DLA PIPER LLP (US)
4   1251 Avenue of the Americas
    New York, NY 10020
5   Telephone: (212) 335-4500
    Facsimile: (212) 335-4501
6   *Defendants' Liaison Counsel*

7

8

9
    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
10  IT IS SO ORDERED.**

11

12  Dated: June 5, 2009    _____
                            Hon. Charles R. Breyer
13                          United States District Court

14  

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**