1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
   418 N. FAIR OAKS AVENUE, SUITE 202
4  Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 07-3320 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ERICK ARONSON, JOSEPH BROWN, TERRI GREULICH, on behalf of the Estate of MILDRED VENERMAN, SARAH HUFF, JUDITH IRVING, DIANA LAMPKIN, FELICIA MARTIN, DAVID MCGRAW, GUADALUPE MEZA, BEVERLY MYERS, TIMOTHY MYERS, MARIA SEMANA, JAMES SKIBBE, and EDWARD SEMANSKI,<br><br>Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, FELICIA MARTIN and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4 2009          By: /s/ Hector G. Gancedo

Attorneys for Plaintiff, Felicia Martin

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: June 2, 2009       By: _____

        DLA PIPER LLP (US)
        1251 Avenue of the Americas
        New York, NY 10020
        Telephone: (212) 335-4500
        Facsimile: (212) 335-4501
        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Ch[arles R. Breyer]
Unite[d States District Judge]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**