Hector G. Gancedo (SB# 132139)
hgancedo@gancedonieves.com
Tina B. Nieves (SB# 134384)
tnieves@gancedonieves.com
GANCEDO & NIEVES LLP
418 N. FAIR OAKS AVENUE, SUITE 202
Pasadena, California 91103
Telephone: (626) 685-9800
Facsimile: (626) 685-9808
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number C 07-3320 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| ERICK ARONSON, JOSEPH BROWN, TERRI GREULICH, on behalf of the Estate of MILDRED VENERMAN, SARAH HUFF, JUDITH IRVING, DIANA LAMPKIN, FELICIA MARTIN, DAVID MCGRAW, GUADALUPE MEZA, BEVERLY MYERS, TIMOTHY MYERS, MARIA SEMANA, JAMES SKIBBE, and EDWARD SEMANSKI,<br><br>            Plaintiffs,<br>vs.<br><br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, DAVID McGRAW and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: May 4, 2009        By: /s/ Hector G. Gancedo
                                                Hector G. Gancedo

Attorneys for Plaintiff, David McGraw

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: June 2, 2009 | By: /s/ signature |
| 3 | | DLA PIPER LLP (US) |
| 4 | | 1251 Avenue of the Americas |
| | | New York, NY 10020 |
| 5 | | Telephone: (212) 335-4500 |
| | | Facsimile: (212) 335-4501 |
| 6 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009

Hon. Charles R. Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]