1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
3  tnieves@gancedonieves.com
   GANCEDO & NIEVES LLP
4  418 N. FAIR OAKS AVENUE, SUITE 202
   Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  _____  )
                                       )  Case Specific Number C 07-3320 CRB
12  IN RE: BEXTRA AND CELEBREX         )
    MARKETING SALES PRACTICES AND      )
13  PRODUCT LIABILITY LITIGATION       )  **MDL NO. 1699**
                                       )  **District Judge: Charles R. Breyer**
14  _____   )
                                       )
15  ERICK ARONSON, JOSEPH BROWN,       )
    TERRI GREULICH, on behalf of the Estate of  )
16  MILDRED VENERMAN, SARAH HUFF,      )
    JUDITH IRVING, DIANA LAMPKIN,      )  **STIPULATION AND ORDER OF**
17  FELICIA MARTIN, DAVID MCGRAW,      )  **DISMISSAL WITH PREJUDICE**
    GUADALUPE MEZA, BEVERLY MYERS,     )
18  TIMOTHY MYERS, MARIA SEMANA,       )
    JAMES SKIBBE, and EDWARD SEMANSKI, )
19                                     )
                  Plaintiffs,          )
20          vs.                        )
                                       )
21  Pfizer, Inc., et al.               )
                  Defendants.          )
22  _____   )

23       Come now the Plaintiff, MARIA SEMANA and Defendants, by and through the

24  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

26  fees and costs.
           DATED: May 4, 2009     By: /s/ Hector G. Gancedo
27                                    Hector G. Gancedo

28
                              Attorneys for Plaintiff, Maria Semana
                                          -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2  DATED: June 2, 2009     By: _____
3
                              DLA PIPER LLP (US)
4                             1251 Avenue of the Americas
                              New York, NY 10020
5                             Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
6                             *Defendants' Liaison Counsel*
7
8
9
10 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
11
12  Dated: June 5, 2009     _____
13                          Hon. Charles R. Breyer
                            United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**