1  Hector G. Gancedo (SB# 132139)
   hgancedo@gancedonieves.com
2  Tina B. Nieves (SB# 134384)
   tnieves@gancedonieves.com
3  GANCEDO & NIEVES LLP
4  418 N. FAIR OAKS AVENUE, SUITE 202
   Pasadena, California 91103
5  Telephone: (626) 685-9800
   Facsimile: (626) 685-9808
6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 _____      )   Case Specific Number C 07-3320 CRB
                                        )
12 IN RE: BEXTRA AND CELEBREX          )
   MARKETING SALES PRACTICES AND        )
13 PRODUCT LIABILITY LITIGATION         )   MDL NO. 1699
                                        )   District Judge: Charles R. Breyer
14 _____      )
                                        )
   ERICK ARONSON, JOSEPH BROWN,         )
15 TERRI GREULICH, on behalf of the Estate of )
   MILDRED VENERMAN, SARAH HUFF,        )
16 JUDITH IRVING, DIANA LAMPKIN,        )   STIPULATION AND ORDER OF
   FELICIA MARTIN, DAVID MCGRAW,        )   DISMISSAL WITH PREJUDICE
17 GUADALUPE MEZA, BEVERLY MYERS,       )
   TIMOTHY MYERS, MARIA SEMANA,         )
18 JAMES SKIBBE, and EDWARD SEMANSKI,   )
                                        )
19             Plaintiffs,              )
          vs.                           )
20                                      )
   Pfizer, Inc., et al.                 )
21             Defendants.              )
                                        )
22 _____

23      Come now the Plaintiff, JAMES SKIBBE and Defendants, by and through the

24 undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

25 stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

26 fees and costs.
        DATED: May 4, 2009     By: _____
27                                    Hector G. Gancedo

28
                       Attorneys for Plaintiff, James Skibbe
                                   -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: June 2, 2009        By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 5, 2009     _____



Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE